

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*      *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*      *TTY (414)297-1088*
*Milwaukee WI 53202*      *Fax (414) 297-1738*
     www.usdoj.gov/usao/wie

August 29, 2022

Clerk of Court
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

     Re:      *United States v. Approximately 32,133.63 Tether (USDT) Cryptocurrency from Binance Account Number Ending in 8770*
               Case No. 22-CV-989

Dear Clerk:

     This letter is to notify the Court that, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice by internet publication of the filing of a complaint in the above-captioned action will begin on August 30, 2022. The claim-filing deadline for any claimant who did not receive direct notice of the filing of the complaint is October 29, 2022.

     Please contact our office at (414) 297-1700 if you have any questions.

               Sincerely,

               RICHARD G. FROHLING
               United States Attorney

     By:      *s/BRIDGET J. SCHOENBORN*
               BRIDGET J. SCHOENBORN
               Assistant United States Attorney
               Wisconsin Bar Number: 105396
               Attorney for Plaintiff
               Office of the United States Attorney
               Eastern District of Wisconsin
               517 East Wisconsin Avenue, Room 530
               Milwaukee, WI 53202
               Telephone: (414) 297-1700
               Fax: (414) 297-1738
               E-Mail: bridget.schoenborn@usdoj.gov