# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>22-CV-989 |
|---|---|
| DEFENDANTS<br>APPROXIMATELY 32,133.63 TETHER (USDT) CRYPTOCURRENCY FROM BINANCE ACCOUNT NUMBER ENDING IN 8770 | TYPE OF PROCESS<br>Warrant for Arrest In Rem |

| SERVE AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize | | |
|---|---|---|---|
| | Approximately 32,133.63 Tether (USDT) cryptocurrency from Binance account number ending in 8770 | | |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) | | |

| Send NOTICE OF SERVICE copy to Requester:<br><br>BRIDGET J. SCHOENBORN, AUSA<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>517 E. Wisconsin Avenue, Room 530<br>Milwaukee, WI 53202 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Pursuant to the attached warrant, please seize the defendant property: seizure # 210-2022-003

| Signature of Attorney or other Originator requesting service on behalf of [ X ]Plaintiff<br> s/BRIDGET J. SCHOENBORN, AUSA (CLT)<br>                [ ]Defendant | Telephone No.<br>414-297-1700 | Date<br>08/29/2022 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|
| | | | | |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the       defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>08 29 22 | Time of Service  [ ] AM<br>             [ ] PM |
| | Signature, Title, and Treasury Agency<br>PM *Valu* Rhodes USSS | |

REMARKS:

    On 08/29/2022, USSS seized 32,129.620278 Tether from Binance Account Ending in 8770. The Tether was originally seized on 06/27/2022.

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY ARetain Copy #5 for your file.