UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        Case No. 22-CV-989

APPROXIMATELY 32,133.63 TETHER (USDT)
CRYPTOCURRENCY FROM BINANCE
ACCOUNT NUMBER ENDING IN 8770,

    Defendant.

---

## PLAINTIFF UNITED STATES OF AMERICA'S DECLARATION OF PUBLICATION

NOW COMES the Plaintiff, the United States of America, and gives notice that in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, publication of the within civil action was completed as set forth in the attached Declaration.

        GREGORY J. HAANSTAD
        United States Attorney

By:    *s/BRIDGET J. SCHOENBORN*
        BRIDGET J. SCHOENBORN
        Assistant United States Attorney
        Wisconsin Bar Number: 105396
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, WI 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-1738
        E-Mail: bridget.schoenborn@usdoj.gov

# **DECLARATION**

Cathy Trautman declares that notice of civil forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 30, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2022.

> *s/CATHY TRAUTMAN*
> CATHY TRAUTMAN
> FSA Federal – Asset Forfeiture Paralegal