UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Case No. 22-CV-989

APPROXIMATELY 32,133.63 TETHER (USDT)
CRYPTOCURRENCY FROM BINANCE
ACCOUNT NUMBER ENDING IN 8770,

    Defendant.

---

### NOTICE OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFF, UNITED STATES OF AMERICA

---

NOTICE IS HEREBY GIVEN that Assistant United States Attorney Laura S. Kwaterski enters her appearance as co-counsel for the plaintiff, United States of America, in this case.

IT IS HEREBY REQUESTED that all official records in this case, including those of the Clerk of the United States District Court for the Eastern District of Wisconsin, reflect this appearance of counsel and that all documents filed in this case also be directed to Attorney Kwaterski at laura.kwaterski@usdoj.gov.

Dated at Milwaukee, Wisconsin, this 15th day of December, 2022.

                                              GREGORY J. HAANSTAD
                                              United States Attorney

                    By:    *s/LAURA S. KWATERSKI*
                              Assistant United States Attorney
                              Laura S. Kwaterski Bar Number: 1055485
                              Attorney for Plaintiff
                              Office of the United States Attorney
                              Eastern District of Wisconsin
                              517 East Wisconsin Avenue, Room 530
                              Milwaukee, WI 53202
                              Telephone: (414) 297-1700
                              Fax: (414) 297-1738
                              E-Mail: laura.kwaterski@usdoj.gov