UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.      Case No. 22-CV-989

APPROXIMATELY 32,133.63 TETHER (USDT)
CRYPTOCURRENCY FROM BINANCE
ACCOUNT NUMBER ENDING IN 8770,

    Defendant.

---

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Laura S. Kwaterski, Assistant United States Attorney, respectfully requests that the Clerk of Court enter default against the defendant property, approximately 32,133.63 Tether (USDT) cryptocurrency from Binance account number ending in 8770, for failure to plead, answer or otherwise defend, as required by law.

Dated at Milwaukee, Wisconsin, this 15th day of December, 2022.

                        GREGORY J. HAANSTAD
                        United States Attorney

    By:    *s/LAURA S. KWATERSKI*
             Assistant United States Attorney
             Laura S. Kwaterski Bar Number: 1055485
             Attorney for Plaintiff
             Office of the United States Attorney
             Eastern District of Wisconsin
             517 East Wisconsin Avenue, Room 530
             Milwaukee, WI 53202
             Telephone: (414) 297-1700
             Fax: (414) 297-1738
             E-Mail: laura.kwaterski@usdoj.gov