UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.      Case No. 22-CV-989

APPROXIMATELY 32,133.63 TETHER (USDT)
CRYPTOCURRENCY FROM BINANCE
ACCOUNT NUMBER ENDING IN 8770,

    Defendant.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on December 15, 2022, I electronically filed a Notice of Appearance as Co-Counsel for Plaintiff, Application to Clerk for Entry of Default, Motion for Default Judgment, proposed Judgment of Default and Forfeiture, and this Certificate of Service with the Clerk of the Court using the ECF system. I further certify that I caused the foregoing documents to be mailed by United States Postal Service, first-class international mail, in a properly addressed postage-paid envelope, and by email to the following non-ECF participant:

Koriya Aveshbhai Hanifbhai
c/o Parth Gadhavi
via email: parthgadhavi86@gmail.com

Koriya Aveshbhai Hanifbhai
c/o Parth Gadhavi
9-27, Maivan na utara pase, Dhrangadhra,
Surendranagar, Gujarat
India 36310

*s/LAURA S. KWATERSKI*
Assistant United States Attorney
Laura S. Kwaterski Bar Number: 1055485
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: laura.kwaterski@usdoj.gov