# EXHIBIT A

| **May 27, 2022** | **May 26 and 27, 2022** |
|---|---|
| $15,000 USC converted to 0.42203631 Bitcoin | $15,200 converted to gift cards |

▼ 0.42171990 Bitcoin          ▼ $15,200

**Bitcoin Address**
bc1q4393470gjka22cyy7qket9uzv2ef2z46yqv8pl

**Telephone Number**
1-xxx-750-7445

▼ 0.42171990 Bitcoin          ▼

**May 28, 2022**

**Bitcoin Address**
bc1qygrxez8x006m05w84kpnf68xptcu54tn44csnn

◄     ????

▼ 1.1187128 Bitcoin

**May 31, 2022**

**Bitcoin Address**
1NoBqwofj81RUmZiHwpkaDfbKNuoc4qveX/Binance x8700

▼ 1.1187128 Bitcoin

**Binance 8770**
1.1187128 Bitcoin converted to 32,133.94 Tether ($32,133.94 USC)