UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 22-CV-989

APPROXIMATELY 32,133.63 TETHER (USDT)
CRYPTOCURRENCY FROM BINANCE
ACCOUNT NUMBER ENDING IN 8770,

    Defendant.

---

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Bridget J. Schoenborn, Assistant United States Attorney, respectfully requests that the Clerk of Court enter default against the defendant property, approximately 32,133.63 Tether (USDT) cryptocurrency from Binance account number ending in 8770, for failure to plead, answer or otherwise defend, as required by law.

Dated at Milwaukee, Wisconsin, this 4th day of May, 2023.

                                        GREGORY J. HAANSTAD
                                        United States Attorney

By:     *s/BRIDGET J. SCHOENBORN*
          BRIDGET J. SCHOENBORN
          Assistant United States Attorney
          Wisconsin Bar Number: 105396
          Attorney for Plaintiff
          Office of the United States Attorney
          Eastern District of Wisconsin
          517 East Wisconsin Avenue, Room 530
          Milwaukee, WI 53202
          Telephone: (414) 297-1700
          Fax: (414) 297-1738
          E-Mail: bridget.schoenborn@usdoj.gov