UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 22-CV-989

APPROXIMATELY 32,133.63 TETHER (USDT)
CRYPTOCURRENCY FROM BINANCE
ACCOUNT NUMBER ENDING IN 8770,

    Defendant.

## JUDGMENT OF DEFAULT AND FORFEITURE

THIS CAUSE having come before this Court upon plaintiff's Second Motion for Default Judgment,

The Court FINDS that no timely verified claim has been filed as to the defendant property, approximately 32,133.63 Tether (USDT) cryptocurrency from Binance account number ending in 8770.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant property, approximately 32,133.63 Tether (USDT) cryptocurrency from Binance account number ending in 8770, be and hereby is forfeited to the United States of America and that no right, title or interest in the defendant property shall exist in any other party.

IT IS FURTHER ORDERED that the defendant property shall be seized forthwith by the United States Secret Service or its duly authorized agent and shall be disposed of according to law.

Dated at Milwaukee, Wisconsin, this ____ day of _____, 2023.

                                                       APPROVED:

                                                       _____
                                                       HONORABLE PAMELA PEPPER
                                                       Chief United States District Judge

Judgment entered this ____ day of _____, 2023.

       GINA COLLETTI
       Clerk of Court

By:

       _____
       Deputy Clerk