UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 22-CV-989

APPROXIMATELY 32,133.63 TETHER (USDT)
CRYPTOCURRENCY FROM BINANCE
ACCOUNT NUMBER ENDING IN 8770,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, I electronically filed an Application to Clerk for Entry of Default, Second Motion for Default Judgment, proposed Judgment of Default and Forfeiture, and this Certificate of Service with the Clerk of the Court using the ECF system. I further certify that I caused the foregoing documents to be mailed by United States Postal Service, first-class international mail, in a properly addressed postage-paid envelope, and by email to the following non-ECF participant:

| | |
|---|---|
| Koriya Aveshbhai Hanifbhai<br>c/o Parth Gadhavi<br>via email: parthgadhavi86@gmail.com | Koriya Aveshbhai Hanifbhai<br>c/o Parth Gadhavi<br>9-27, Maivan na utara pase, Dhrangadhra,<br>Surendranagar, Gujarat<br>India 36310 |
| | *s/BRIDGET J. SCHOENBORN*<br>Assistant United States Attorney<br>Wisconsin Bar Number: 105396<br>Attorney for Plaintiff<br>Office of the United States Attorney<br>Eastern District of Wisconsin<br>517 East Wisconsin Avenue, Room 530<br>Milwaukee, WI 53202<br>Telephone: (414) 297-1700<br>Fax: (414) 297-1738<br>E-Mail: bridget.schoenborn@usdoj.gov |