UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

APPROXIMATELY 32133.63 TETHER
(USDT) CRYPTOCURRENCY FROM
BINANCE ACCOUNT NUMBER ENDING IN 8770,

      Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case No. 22-cv-989-pp

☐    **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑    **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

     **THE COURT ORDERS AND ADJUDGES** that the defendant property is **FORFEITED** to the United States of America.

     The Court **ORDERS** that no right, title, or interest in the defendant property shall exist in any other party.

     The court **ORDERS** that the United States Secret Service or its duly authorized agent must seize the defendant property and must dispose of it according to law.

     **THE COURT ORDERS** that this case is **DISMISSED**.

     Approved and dated in Milwaukee, Wisconsin this 18th day of August, 2023.

GINA M. COLLETTI
Clerk of Court

s/*Cary Biskupic*
(by) Deputy Clerk

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**